IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HUTSON L. BURKS
ADC # 87853                                                                                          PLAINTIFF

V.                                         5:13CV00048 JMM

RAY HOBBS, Director,
Arkansas Department of Correction                                                 DEFENDANT

## ORDER

The Court has reviewed the findings and recommendations from Magistrate Judge Jerome T. Kearney and the relevant record de novo. Plaintiff has filed objections to the Magistrate's findings and recommendations. In light of these objections, the Court declines to adopt the findings and recommendations at this time.

Service is now appropriate. The Clerk will serve a copy of the petition and this Order on the Respondent and the Attorney General by regular mail. The Respondent will file an answer, motion or other response to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty (21) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this 2nd day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE